## CERTIFICATE OF SERVICE

I, <u>Jonathan S. Feldman</u> (name), certify that service of this summons, a copy of the complaint, a copy of the Pretrial/Trial Order (DE 3), and a copy of the Order Establishing Uniform Mediation Procedures (DE 861, Main Case) was made <u>9/26/19 </u>(date) by:

x  Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:

| KILLIAN, JEREMY P | RYAN MICHAEL DONATO | DUNN CARNEY CARES, RA |
|---|---|---|
| 17050 SE RHODODENDRON ST | 11881 SE GRAND VISTA DR | LEVEL 3 HOMES & DESIGN, LLC |
| HAPPY VALLEY, OR 97086-8601 | CLACKAMAS, OR 97015-8268 | 851 SW SIXTH AVENUE, #1500 |
| | | PORTLAND, OR 97204 |

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:  <u>9/26/19</u>            Signature: <u>/s/ Jonathan S. Feldman</u>

| Print Name: Jonathan S. Feldman, Esq., for Plaintiff (12682) |
|---|
| Address: 200 S. Andrews Ave., Suite 600 |
| City: Ft. Lauderdale     State: FL     Zip: 33301 |